UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AKAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MAS FINANCIAL LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 25-cv-07914-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT AS TO TRANS UNION, LLC**<br><br>Re: Dkt. No. 12 |

Plaintiff advises of a settlement as to defendant Trans Union, LLC. Dkt. No. 22. Accordingly, all pending deadlines and appearances are vacated as to that defendant. On or before **December 9, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **December 16, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **December 10, 2025** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 14, 2025

　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge