UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY AKAY,

Plaintiff,

v.

MAS FINANCIAL SERVICES, INC.,

Defendant.

Case No. 25-cv-07914-VKD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Based on plaintiff's notice of settlement (Dkt. No. 73), all pending deadlines and appearances are vacated. On or before **December 4, 2026**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **December 15, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a joint status report no later than **December 8, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 6, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California